## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

DAVE MOLLOY, derivatively on
behalf of Rayonier, Inc.,

    Plaintiff,

v.

PAUL G. BOYNTON, NANCY
LYNN WILSON, HANS VANDEN
NOORT, C. DAVID BROWN, II. ,
MARK E. GAUMOND, JAMES H.
MILLER, THOMAS I. MORGAN,
RONALD TOWNSEND, and
RAYONIER, INC., a North Carolina
Corporation, Nominal Defendant,

    Defendants.

Case No.   3:17-cv-1157-J-32MCR

## O R D E R

This case is before the Court on the Joint Status Report (Doc. 29), in which the parties state that this case has been settled.

Accordingly, it is hereby

**ORDERED:**

1.  The **STAY** is lifted.

2.  The case shall remain administratively closed pending the filing of the stipulation of settlement and Plaintiff's motion for preliminary approval.

**DONE AND ORDERED** in Jacksonville, Florida the 19th day of March, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record