**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVE MOLLOY, derivatively on behalf
of Rayonier, Inc.,

     Plaintiff,

v.                                                                      Case No.   3:17-cv-1157-J-32MCR

PAUL G. BOYNTON, NANCY LYNN
WILSON, HANS VANDEN NOORT, C.
DAVID BROWN, II. , MARK E.
GAUMOND, JAMES H. MILLER,
THOMAS I. MORGAN, RONALD
TOWNSEND, and RAYONIER, INC., a
North Carolina Corporation, Nominal
Defendant,

     Defendants.

---

**J U D G M E N T**

     Plaintiff Dave Malloy, having moved for final approval of the derivative settlement set forth in the Stipulation and Agreement of Settlement, dated April 16, 2018, and the matter having come before the undersigned, and the Court, on November 2, 2018, having issued its Order Approving Derivative Settlement and Order of Dismissal with Prejudice, (Doc. 62), it is hereby **ORDERED, ADJUDGED AND DECREED**:

     1.    This Judgment incorporates by reference the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated November 2, 2018, (Doc. 62); and

2.      That for the reasons stated in, and pursuant to the terms set forth in, the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated October 30, 2018, Plaintiff's Motion for Final Approval of Derivative Settlement is granted; accordingly, the Clerk should close the case.

**DONE AND ORDERED** in Jacksonville, Florida the 2nd day of November, 2018.


                                        TIMOTHY J. CORRIGAN
                                        United States District Judge


sj
Copies:

Counsel of record

2